**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James Richard WILLIAMS, Defendant-
Appellant.**

**No. 71-2096
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Oct. 13, 1971.

E. Ralph Ivey, Rome, Ga. (court appointed), for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., George H. Connell, Jr., Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

[1]. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

---

**Robert L. HOLLEY, Plaintiff-Appellant,**

v.

**UNITED STATES of America, and Bulk
Transport, Inc., Defendants-
Appellees.**

**No. 71-2083
Summary Calendar.****

United States Court of Appeals,
Fifth Circuit.

Oct. 1, 1971.

Ross Diamond, III, Mobile, Ala., Diamond & Lattof, Mobile, Ala., of counsel, for plaintiff-appellant.

Oliver J. Latour, Jr., Mobile, Ala., for Bulk Transport.

C. S. White-Spunner, Jr., U. S. Atty., Mobile, Ala., Hamilton, Butler, Riddick & Latour, Mobile, Ala., for defendant-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1a]

---

** Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409.

[1a]. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.